BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Tauren Exploration, Inc. and Tauren Exploration, Inc.<br>(post confirmation)<br><br>                                   Debtor(s)<br>Tauren Exploration, Inc. Liquidating Trust<br>                                   Plaintiff(s)<br>    vs.<br>Pandale Holdings, Inc. et al.<br>                                   Defendant(s)<br><br>Tauren Exploration, Inc. Liquidating Trust<br>                                   Plaintiff(s)<br>    vs.<br>Pandale Holdings, Inc.,et al<br>                                   Defendant(s) | Case No.:    16−32188−hdh11<br>Chapter No.:  11<br><br>Adversary No.:   18−03038−hdh<br><br>Civil Case No.:    3:18−CV−02119−L |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of:  Report and Recommendation .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED:  10/3/18            FOR THE COURT:
                           Jed G. Weintraub, Clerk of Court

                           by: /s/Sheniqua Whitaker, Deputy Clerk